AO 120 (Rev. 3/04)

BY PDF

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California__ on the following ☒ Patents or ☐ Trademarks:

SACV07-732 CJC (MLGx)

| DOCKET NO. | DATE FILED 6/15/2007 | U.S. DISTRICT COURT Central District of California |
|---|---|---|
| PLAINTIFF<br>D & D Group Pty Ltd, an Australian corporation;<br>D & D Technologies Pty Ltd, an Australian corporation;<br>D & D Technologies (USA), Inc., a California corporation | | DEFENDANT<br>JAYSONS GROUP, an Indian corporation; and<br>K & S ENTERPRISES, INC., a New York corporation |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,513,351 | 2/4/2003 | D & D Group Pty Ltd |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

FILED 2007 JUN 22 AM 11:28 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

DOCKETED ON CM JUL - 3 2007 BY 074

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Notice of Voluntary Dismissal

| CLERK<br>SHERRI R. CARTER | (BY) DEPUTY CLERK<br>L. Wagers | DATE<br>8-25-08 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

1  Gary M. Anderson (State Bar No. 97385)
   Michael J. Moffatt (State Bar No. 180343)
2  Jessica Brookhart-Knost (State Bar No. 246244)
   FULWIDER PATTON LLP
3  Howard Hughes Center
   6060 Center Drive, 10th Floor
4  Los Angeles, CA 90045
   Telephone: (310) 824-5555
5  Facsimile: (310) 824-9696
   litdocketla@fulpat.com
6
   Attorneys for D & D GROUP PTY LTD, D & D TECHNOLOGIES PTY LTD and
7  D & D TECHNOLOGIES (USA), INC.

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

| 12 | D & D GROUP PTY LTD, an Australian corporation, D & D TECHNOLOGIES PTY LTD, an Australian corporation and D & D TECHNOLOGIES (USA), INC., a California corporation, | CASE NO. SACV07-732 CJC (MLGx) |
|---|---|---|
| | Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, RULE 41(a)** |
| | v. | Assigned to The Hon. Cormac J. Carney |
| | JAYSONS GROUP, an Indian corporation and K & S ENTERPRISES, INC., a New York corporation, | Complaint Filed: June 22, 2007 |
| | Defendant. | |

21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

55022.1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, RULE 41(a)
Civil Action No. SACV07-732 CJC (MLGx)

1  NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a),
2  Plaintiffs voluntarily dismiss the above-captioned action without prejudice.
3  DATED: March 26, 2008          Respectfully submitted,

FULWIDER PATTON LLP

By: /S/ Gary M. Anderson
    Gary M. Anderson
    Michael J. Moffatt
    Jessica Brookhart-Knost
    Attorneys for Plaintiffs

55022.1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, RULE 41(a)
Civil Action No. SACV07-732 CJC (MLGx)

2